UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ADAM WHITMAN, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:12-CV-3765 |
| | § § | |
| LIFEWATCH CORP., *et al*, | § § | |
| Defendants. | § | |

### ORDER OF DISMISSAL

In accordance with the Notice of Withdrawal of Complaint and Voluntary Dismissal filed on April 7, 2014 (docket entry no. 10), this action is **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this 9th day of April, 2014, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE